IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK MAUE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0443-K |
| | § | |
| CHAMPION HOME BUILDERS, INC., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Champion Home Builders, Inc.'s ("Defendant") Rule 12(b)(6) Motion to Dismiss (the "Motion") (Doc. No. 5). Plaintiff Mark Maue ("Plaintiff") filed a Response (Doc. No. 8) to Defendant's Motion and Defendant then filed a Reply in Support (Doc. No. 9) of its Motion. The Court has carefully considered the Motion, the Response, the Reply, the relevant portions of the record, and the applicable law. Having taken the well-pleaded facts as true and viewing those in the light most favorable to Plaintiff, the Court concludes that Plaintiff has pleaded his claims with facial plausibility as the "factual content . . . allows the court to draw the reasonable inference that the defendant is liable." *Aschcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *see also Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Because Plaintiff

ORDER – PAGE 1

has sufficiently stated his claims, the Court **DENIES** Defendant's Rule 12(b)(6) Motion to Dismiss.  *See* FED. R. CIV. P. 12(b)(6).

    **SO ORDERED.**

Signed January 10th, 2024.

*[signature: Ed Kinkeade]*

ED KINKEADE
UNITED STATES DISTRICT JUDGE