IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK MAUE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| -v- | § | Civil No. 3:23-cv-00443-K |
| | § | |
| CHAMPION HOME BUILDERS, INC. | § | |
| | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO EXTEND CERTAIN DEADLINES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Response to Defendant's Motion to Stay or, in the Alternative, to Extend Certain Deadlines, in support of which would respectfully show the Court the following.

Plaintiff respects the time of the Court as well as the parties and their counsel. However, it has been Plaintiff's counsel's experience that, on occasion, a Court will defer ruling on a Motion for Summary Judgment until evidence is presented in Court and it becomes a Motion for Judgment as a Matter of Law. Additionally, there remains sufficient time to obtain a ruling from the Court prior to trial. In the interest of moving ahead with trial, Plaintiff opposes the extension of deadlines.

CONCLUSION AND PRAYER

THEREFORE, Plaintiff asks that the Court deny a stay of the pretrial deadlines and for all other additional relief as the Court deems just and proper.

Respectfully submitted,

s/Susan E. Hutchison
Susan E. Hutchison
Texas Bar No. 10354100
Sehservice@fightsforright.com

HUTCHISON & FOREMAN, PLLC
500 East 4th St., Ste. 100
Fort Worth, TX 76102
(817) 820-0100
817.887.5471 fax

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on the January 7, 2025, a true and correct copy of the foregoing Plaintiff's Response to Defendant's Motion to Stay was served on all counsel of record via the court's electronic email service.

John M. Barcus
john.barcus@ogletree.com
Molly Ann Lawrence
mollyann.lawrence@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P .C.
8117 Preston Road, Suite 500
Dallas, Texas 75225

s/Susan E. Hutchison
Susan E. Hutchison